## STATE STREET BANK AND TRUST COMPANY *v.* JEROME T. DUNBAR

The defendant's petition for certification for appeal from the Appellate Court (AC 24555) is denied.

*Jerome T. Dunbar*, pro se, in support of the petition.

*David F. Borrino*, in opposition.

Decided May 12, 2004